```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
KIMBERLY MILLER,                                              :
                                      Plaintiff,              :   22 Civ. 1415 (LGS)
                                                              :
                     -against-                                :   ORDER
                                                              :
ASCOT DIAMONDS, INC.,                                         :
                                      Defendant.              :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS this case was referred to Magistrate Judge Gabriel W. Gorenstein on March 4, 2022, for general pretrial (Dkt. No. 7). It is hereby

**ORDERED** that the Order of Reference at Dkt. No. 7 is **VACATED**.

Dated: April 12, 2022
       New York, New York

                                       LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE